1026

[No. 72420-7-I. Division One. October 5, 2015.]

KIMBERLY GALE, *Respondent*, v. C&K REMODEL, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-36259-7, Monica J. Benton, J., entered July 31 and August 26, 2014. *Reversed* and *remanded* by unpublished opinion per Trickey, J., concurred in by Cox and Dwyer, JJ.

[No. 72704-4-I. Division One. October 5, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LAWRENCE COSTA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-11983-4, John R. Ruhl, J., entered October 16, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, A.C.J., and Lau, J.

[No. 72845-8-I. Division One. October 5, 2015.]

POTELCO, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-38928-2, Bruce E. Heller, J., entered November 14, 2014. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Spearman, C.J., and Leach, J.

[No. 73632-9-I. Division One. October 5, 2015.]

VERNON PAUL VANCE, *Appellant*, v. PIERCE COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-15285-9, Gerald T. Costello, J., entered June 27, 2014. *Affirmed* by unpublished opinion per Lau, J., concurred in by Verellen, A.C.J., and Leach, J.